[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-15022
Non-Argument Calendar
_____

D.C. Docket No. 2:18-cr-00190-SPC-MRM-7

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MALIK TIMBERS,
a.k.a. Queso,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 5, 2020)

Before JORDAN, JILL PRYOR, and NEWSOM, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Timbers's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).